# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
10/25/16 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

**Debtor:** SANDRA SUE CLARK
**Case Number:** 16-21470-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 20, 2016 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#2 - Final Confirmation of Plan Dated 4/13/2016 - NFC
R / M #: 2 / 0

### Appearances:

*Rosenblum*

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by __11/18/16__.
    Objections are due on or before __12/9/16__.
    A hearing on the Amended Plan is set for __1/5/17__ at __10:30__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/14/2016  8:31:14AM