**Form 202**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sandra Sue Clark**
   Debtor(s)

Bankruptcy Case No.: 16–21470–JAD

Chapter: 13
Docket No.: 26 – 23
Concil. Conf.: January 5, 2017 at 10:30 AM

# ORDER SCHEDULING DATES FOR HEARING ON
# AND OBJECTION TO AMENDED PLAN DATED 10/21/2016

     **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

     *On or before December 22, 2016,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

     *On January 5, 2017 at 10:30 AM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Dated: October 25, 2016

                                                              Jeffery A. Deller
                                                          United States Bankruptcy Judge

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sandra Sue Clark  
      Debtor

Case No. 16-21470-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 1      Date Rcvd: Oct 25, 2016  
                  Form ID: 202      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.  
db           +Sandra Sue Clark,   136 Elsie Lane,   Kittanning, PA 16201-4708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:  
       Dai  Rosenblum    on behalf of Plaintiff Sandra Sue Clark dunmyrem@zoominternet.net,  
        dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com  
       Dai  Rosenblum    on behalf of Debtor Sandra Sue Clark dunmyrem@zoominternet.net,  
        dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com  
       Joshua I. Goldman    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National  
        Association bkgroup@kmllawgroup.com  
       Matthew R. Schimizzi    on behalf of Attorney Kristina  Dulashaw mrs@schimizzilaw.com,  
        G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                 TOTAL: 6