**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| SANDRA SUE CLARK, | ) |
| | ) Case No: 16-21470-JAD |
| Debtor. | ) |
| | ) Chapter 13 |
| DAI ROSENBLUM, ESQ. | ) |
| | ) Related to Document No.: 30 |
| Applicant/Movant, | ) |
| | ) Hearing Date: 12/14/2016 |
| v. | ) |
| | ) Hearing Time: 9:00 AM |
| NO RESPONDENT. | ) |
| | ) Response Deadline: 11/28/2016 |
| RONDA J. WINNECOUR, Trustee. | ) |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF DEBTOR(S)**

To All Creditors and Parties in Interest:

1. Applicant represents: **Sandra Sue Clark**

2. This is (check one)
   _____ a final application
   __√__ an interim application

   For the period **04/18/2016** to **11/11/2016**

3. Previous retainer paid to Applicant: **$4,000.00**

4. Previous interim compensation allowed to Applicant: **$0**

5. Applicant requests additional:
   Compensation of: **$1,337.75**
   Reimbursement of Expenses of: **$0**

   6. A hearing on the Application will be held in **Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at 9:00 a.m., on December 14, 2016**.

   7. Any written objections must be filed with the court and served on the Applicant on or before **November 28, 2016** (fourteen (14) days from the date of this notice plus and additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of service: **November 11, 2016**

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtor
Suite B, 254 New Castle Road
Butler, PA 16001-2529
(724) 283-2900 PA ID No. 31802
dailaw@earthlink.net