**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| SANDRA SUE CLARK, ) | |
| ) | Case No: 16-21470-JAD |
| Debtor. ) | |
| ) | Chapter 13 |
| DAI ROSENBLUM, ESQ. ) | |
| ) | Related to Document No.: 31 |
| Applicant/Movant, ) | |
| ) | Hearing Date: 12/14/2016 |
| v. ) | |
| ) | Hearing Time: 9:00 AM |
| NO RESPONDENT. ) | |
| ) | Response Deadline: 11/28/2016 |
| RONDA J. WINNECOUR, Trustee. ) | |

**CERTIFICATE OF SERVICE OF SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF DEBTOR(S)**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on November 11, 2016. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Sandra Sue Clark
136 Elsie Lane
Kittanning, PA 16201

Agway
145 N. Butler Street
Saxonburg, PA 16056

Barry Gresh
P.O. Box 427
Revloc, PA 15948

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase
P.O. Box 15123
Wilmington, DE 19886-5123

Citizens Bank
P.O. Box 42010
Providence, RI 09240

Citizens Bank of Pennsylvania
c/o Daniel J. Birsic, Esq.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Dave Cedzo
177 Brose Road
Cabot, PA 16023

Internal Revenue Service
Insolvency Operation
Room 711B
1000 Liberty Avenue
Pittsburgh, PA 15222

| | |
|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | PNC Bank, National Association<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| Jim Reimer<br>134 Winfield Road<br>Sarver, PA 16055 | PNC Mortgage<br>PO Box 6534<br>NY 11083-1000 |
| Justin Monrean<br>2526 Pumptown Road<br>Fairmount City, PA 16224 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Kassie Reichard<br>1241 Martin Road<br>Kittanning, PA 16201 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Kohls<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | Rachel Acken<br>260 McGrady Hill Road<br>Butler, PA 16002 |
| Kristina Dulashaw<br>284 Fairview Lane<br>Derry, PA 15627 | Saxonburg Agway<br>145 N. Butler Street<br>Saxonburg, PA 16056 |
| Mary Deliman<br>1680 Banning Drive<br>Dawson, PA 15428 | Sears<br>P.O. Box 6286<br>Sioux Falls, SD 57117-6286 |
| PA Dept. of Revenue<br>Bankruptcy Division<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | Sportsmen Guide Card<br>P.O. Box 659569<br>San Antonio, TX 78255-9569 |
| Paul Pillart<br>115 Bessemer Street<br>Tarentum, PA 15084 | |

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Joshua I. Goldman**
**PNC Mortgage**
jgoldman@kmllawgroup.com

**Matthew R. Schimizzi**
**For Kristina Dulashaw**
mrs@schimizzilaw.com


Executed on: November 11, 2016

__/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dailaw@earthlink.net