# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

In re: )
)
SANDRA SUE CLARK, )
) Case No: 16-21470-JAD
Debtor. )
) Chapter 13
DAI ROSENBLUM, ESQ. )
) Document No.: 30
Applicant/Movant, )
) Hearing Date: 12/14/2016
v. )
) Hearing Time: 9:00 AM
NO RESPONDENT. )
) Response Deadline: 11/28/2016
RONDA J. WINNECOUR, Trustee. )

## ORDER OF COURT

**AND NOW** this __8th__ day of __December__, 20__16__, upon consideration of the foregoing Application, it is hereby **ORDERED** that the Application in its face amount of $1,337.75 for Additional Compensation for services rendered by DAI ROSENBLUM, ESQUIRE as Attorney for the Debtor(s) and $0.00 for Additional Costs are allowed, a total of $1,337.75, and the sum of $1,337.75 is to be paid to DAI ROSENBLUM, ESQUIRE as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and/or paid to DAI ROSENBLUM, ESQUIRE pursuant to prior confirmed Plan(s) at $250.00 per month. Fees are for the period of April 18, 2016 through November 11, 2016 for $1,337.75 and combined with the prior compensation paid, a total allowance of $5,337.75.

FILED
12/8/16 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ sjk
Chief Judge Jeffery A. Deller
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sandra Sue Clark  
    Debtor

Case No. 16-21470-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Dec 08, 2016  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.  
db            +Sandra Sue Clark,    136 Elsie Lane,    Kittanning, PA 16201-4708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:
         Dai Rosenblum    on behalf of Plaintiff Sandra Sue Clark dunmyrem@zoominternet.net,
          dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
         Dai Rosenblum    on behalf of Debtor Sandra Sue Clark dunmyrem@zoominternet.net,
          dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
         Joshua I. Goldman    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
          Association bkgroup@kmllawgroup.com
         Matthew R. Schimizzi    on behalf of Attorney Kristina Dulashaw mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 6