Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sandra Sue Clark**
   Debtor(s)

Bankruptcy Case No.: 16–21470–JAD
Doc. #41
Chapter: 13
Docket No.: 42 – 41
Concil. Conf.: January 4, 2018 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **November 9, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **November 24, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **January 4, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 25, 2017

                                                            Jeffery A. Deller
                                                            United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sandra Sue Clark  
    Debtor

Case No. 16-21470-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: skoz    Page 1 of 2    Date Rcvd: Sep 25, 2017  
                              Form ID: 410    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2017.
```
db            +Sandra Sue Clark,    136 Elsie Lane,    Kittanning, PA 16201-4708
14215347      +Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215348      +Barry Gresh,    P.O. Box 427,    Revloc, PA 15948-0427
14215349     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,    P.O. Box 5155,    Norcross, GA 30091)
14240118       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14272571       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14215350       Chase,    P.O. Box 15123,    Wilmington, DE 19886-5123
14215351      +Citizens Bank,    P.O. Box 42010,    Providence, RI 02940-2010
14215352       Citizens Bank of Pennsylvania,    c/o Daniel J. Birsic, Esq.,    One Gateway Center,
                Ninth Floor,    Pittsburgh, PA 15222
14215353      +Dave Cedzo,    177 Brose Road,    Cabot, PA 16023-9746
14215356      +Jim Reimer,    134 Winfield Road,    Sarver, PA 16055-8507
14215357      +Justin Monrean,    2526 Pumptown Road,    Fairmount City, PA 16224-3306
14215358      +Kassie Reichard,    1241 Martin Road,    Kittanning, PA 16201-9031
14215360      +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215361      +Mary Deliman,    1680 Banning Drive,    Dawson, PA 15428-1024
14278482      +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14215363      +Paul Pillart,    115 Bessemer Street,    Tarentum, PA 15084-8549
14215365      +Rachel Acken,    260 McGrady Hill Road,    Butler, PA 16002-9304
14231254      +Saxonburg Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215366       Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
14215367      +Sportsmen Guide Card,    P.O. Box 659569,    San Antonio, TX 78265-9569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14215354       E-mail/Text: cio.bncmail@irs.gov Sep 26 2017 01:30:30      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14215359       E-mail/Text: bnckohlsnotices@becket-lee.com Sep 26 2017 01:30:28      Kohls,    P.O. Box 2983,
                Milwaukee, WI 53201-2983
14215362       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2017 01:30:45      PA Dept. of Revenue,
                Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
14278193       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2017 01:41:43
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14243439       E-mail/Text: bnc-quantum@quantum3group.com Sep 26 2017 01:30:36
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Mortgage, A Division of PNC Bank, National Ass
14215364       PNC Mortgage,    PO Box 6534,    NY 11083-1000
aty*          +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215355*     +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Avenue,
                Pittsburgh, PA 15222-4107
                                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: skoz                  Page 2 of 2                   Date Rcvd: Sep 25, 2017
                               Form ID: 410                Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2017 at the address(es) listed below:

```
          Dai   Rosenblum    on behalf of Plaintiff Sandra Sue Clark dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai   Rosenblum    on behalf of Debtor Sandra Sue Clark dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James   Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Matthew R. Schimizzi     on behalf of Attorney Kristina   Dulashaw mrs@schimizzilaw.com,
           G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```