**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

SANDRA SUE CLARK

| | Case No. 16-21470JAD |
|---|---|
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour | Document No.___ |
| Movant | |
| vs. | |
| PNC BANK NA | |
| Respondent(s) | |

NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL


Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items.  Going forward the debtor(s) shall pay property taxes and insurance premiums directly.


The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.


Trustee Record Number - 22
Court Claim Number - 12


12/5/2017

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SANDRA SUE CLARK

      Debtor(s)

Ronda J. Winnecour

      Movant

vs.

PNC BANK NA

      Respondent(s)

Case No.16-21470JAD

Chapter 13

Document No.___

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

SANDRA SUE CLARK, 136 ELSIE LANE, KITTANNING, PA  16201

DAI ROSENBLUM ESQ, 254 NEW CASTLE RD STE B, BUTLER, PA  16001

PNC BANK NA, C/O PNC MORTGAGE, ATTN BANKRUPTCY DEPT, 3232 NEWMARK DR, MIAMISBURG, OH  45342
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

12/05/2017

/s/ Renee Ward

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com