UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/8/18 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
SANDRA SUE CLARK

          Debtor(s)
Ronda J. Winnecour, Trustee
          Movant
     vs.
SANDRA SUE CLARK

          Respondent(s)

Case No. 16-21470JAD
Chapter 13

Related to Document No.   41

## ORDER

AND NOW, this  8th  day of        January        , 20 18 , the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is ***ORDERED, ADJUDGED and DECREED:***

☐     This case is ***DISMISSED***, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐     This case is ***DISMISSED***, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is ***FURTHER ORDERED*** as follows:

A.     Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.     This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion Withdrawn Per Confirmation of Plan.

4

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-21470-JAD
Sandra Sue Clark                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2          Date Rcvd: Jan 08, 2018
                             Form ID: pdf900         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
db           +Sandra Sue Clark,    136 Elsie Lane,    Kittanning, PA 16201-4708
14215347     +Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215348     +Barry Gresh,    P.O. Box 427,    Revloc, PA 15948-0427
14215349     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank,     P.O. Box 5155,    Norcross, GA 30091)
14240118      Capital One Bank (USA), N.A.,    Po Box 71083,    Charlotte, NC  28272-1083
14272571      Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14215350      Chase,    P.O. Box 15123,    Wilmington, DE 19886-5123
14215351     +Citizens Bank,    P.O. Box 42010,    Providence, RI 02940-2010
14215352      Citizens Bank of Pennsylvania,    c/o Daniel J. Birsic, Esq.,    One Gateway Center,
               Ninth Floor,    Pittsburgh, PA 15222
14215353     +Dave Cedzo,    177 Brose Road,    Cabot, PA 16023-9746
14215356     +Jim Reimer,    134 Winfield Road,    Sarver, PA 16055-8507
14215357     +Justin Monrean,    2526 Pumptown Road,    Fairmount City, PA 16224-3306
14215358     +Kassie Reichard,    1241 Martin Road,    Kittanning, PA 16201-9031
14215360     +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215361     +Mary Deliman,    1680 Banning Drive,    Dawson, PA 15428-1024
14278482     +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
14215363     +Paul Pillart,    115 Bessemer Street,    Tarentum, PA 15084-8549
14215365     +Rachel Acken,    260 McGrady Hill Road,    Butler, PA 16002-9304
14231254     +Saxonburg Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215366      Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
14215367     +Sportsmen Guide Card,    P.O. Box 659569,    San Antonio, TX 78265-9569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14215354      E-mail/Text: cio.bncmail@irs.gov Jan 09 2018 01:59:36     Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14215359      E-mail/Text: bnckohlsnotices@becket-lee.com Jan 09 2018 01:59:33      Kohls,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
14215362      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2018 01:59:54     PA Dept. of Revenue,
               Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
14278193      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2018 02:16:05
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14243439      E-mail/Text: bnc-quantum@quantum3group.com Jan 09 2018 01:59:46
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                          TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            PNC Mortgage, A Division of PNC Bank, National Ass
14215364      PNC Mortgage,    PO Box 6534,    NY 11083-1000
aty*         +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215355*    +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Avenue,
               Pittsburgh, PA 15222-4107
                                                                          TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                         Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Jan 08, 2018
                             Form ID: pdf900          Total Noticed: 26

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
          Dai  Rosenblum    on behalf of Plaintiff Sandra Sue Clark dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai  Rosenblum    on behalf of Debtor Sandra Sue Clark dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James  Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Matthew R. Schimizzi    on behalf of Attorney Kristina  Dulashaw mrs@schimizzilaw.com,
           G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 7