Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sandra Sue Clark**
  Debtor(s)

Bankruptcy Case No.: 16–21470–JAD
Doc. #60
Chapter: 13
Docket No.: 61 – 60
Concil. Conf.: November 1, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 7, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **September 24, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 24, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 16-21470-JAD
Sandra Sue Clark                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: skoz                Page 1 of 2              Date Rcvd: Jul 24, 2018
                              Form ID: 410              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
```
db             +Sandra Sue Clark,    136 Elsie Lane,    Kittanning, PA 16201-4708
14215347       +Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215348       +Barry Gresh,    P.O. Box 427,    Revloc, PA 15948-0427
14272571        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14215350        Chase,    P.O. Box 15123,    Wilmington, DE 19886-5123
14215351       +Citizens Bank,    P.O. Box 42010,    Providence, RI 02940-2010
14215352        Citizens Bank of Pennsylvania,    c/o Daniel J. Birsic, Esq.,    One Gateway Center,
                 Ninth Floor,    Pittsburgh, PA 15222
14215353       +Dave Cedzo,    177 Brose Road,    Cabot, PA 16023-9746
14215356       +Jim Reimer,    134 Winfield Road,    Sarver, PA 16055-8507
14215357       +Justin Monrean,    2526 Pumptown Road,    Fairmount City, PA 16224-3306
14215358       +Kassie Reichard,    1241 Martin Road,    Kittanning, PA 16201-9031
14215360       +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215361       +Mary Deliman,    1680 Banning Drive,    Dawson, PA 15428-1024
14278482       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14215363       +Paul Pillart,    115 Bessemer Street,    Tarentum, PA 15084-8549
14215365       +Rachel Acken,    260 McGrady Hill Road,    Butler, PA 16002-9304
14231254       +Saxonburg Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215366        Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
14215367       +Sportsmen Guide Card,    P.O. Box 659569,    San Antonio, TX 78265-9569
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14215349         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2018 02:38:38      Capital One Bank,
                 P.O. Box 5155,    Norcross, GA 30091
14240118         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 25 2018 02:39:24
                 Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
14215354         E-mail/Text: cio.bncmail@irs.gov Jul 25 2018 02:32:43       Internal Revenue Service,
                 Centralized Insolvency Operation,     PO Box 7346,    Philadelphia, PA 19101-7346
14215359         E-mail/Text: bnckohlsnotices@becket-lee.com Jul 25 2018 02:32:42      Kohls,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
14215362         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2018 02:32:58       PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
14278193         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2018 02:40:15
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14243439         E-mail/Text: bnc-quantum@quantum3group.com Jul 25 2018 02:32:51
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 7
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, A Division of PNC Bank, National Ass
14215364        PNC Mortgage,    PO Box 6534,    NY 11083-1000
aty*           +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215355*      +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Avenue,
                 Pittsburgh, PA 15222-4107
                                                                                   TOTALS: 2, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: skoz                  Page 2 of 2                  Date Rcvd: Jul 24, 2018
                               Form ID: 410                Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
              Dai   Rosenblum    on behalf of Plaintiff Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai   Rosenblum    on behalf of Debtor Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James   Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Attorney Kristina   Dulashaw mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7