# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| SANDRA SUE CLARK, ) | Case No: 16-21470-JAD |
| DEBTOR #1, XXX-XX-1080 ) | |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| ) | |
| SANDRA SUE CLARK, ) | Related to Document No.: 63, 61 |
| ) | |
| Movant, ) | Hearing Date: 11/01/2018 |
| ) | |
| v. ) | Hearing Time: 9:00 AM |
| ) | |
| AGWAY, BARRY GRESH, CAPITAL ONE ) | Response Deadline: 09/24/2017 |
| BANK, CAPITAL ONE BANK (USA), N.A., ) | |
| CAPITAL ONE NA, CHASE, CITIZENS ) | |
| BANK, CITIZENS BANK OF ) | |
| PENNSYLVANIA, DAVE CEDZO, ) | |
| INTERNAL REVENUE SERVICE, JIM ) | |
| REIMER, JUSTIN MONREAN, KASSIE ) | |
| REICHARD, KOHLS, KRISTINA ) | |
| DULASHAW, MARY DELIMAN, PA DEPT. ) | |
| OF REVENUE, PAUL PILLART, PNC BANK, ) | |
| NATIONAL ASSOCIATION, PNC ) | |
| MORTGAGE, PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, QUANTUM3 GROUP ) | |
| LLC AS AGENT FOR COMENITY BANK, ) | |
| RACHEL ACKEN, SAXONBURG AGWAY, ) | |
| SEARS, SPORTSMEN GUIDE CARD ) | |
| AND RONDA J. WINNECOUR, Trustee. ) | |
| Respondents. ) | |

**<u>CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN, AMENDED CHAPTER 13 PLAN, AND ORDER SETTING HEARING</u>**

   I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on September 12, 2018. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

   If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Sandra Sue Clark
136 Elsie Lane
Kittanning, PA 16201

Barry Gresh
P.O. Box 427
Revloc, PA 15948

Agway
145 N. Butler Street
Saxonburg, PA 16056

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase
P.O. Box 15123
Wilmington, DE 19886-5123

Citizens Bank
P.O. Box 42010
Providence, RI 09240

Citizens Bank of Pennsylvania
c/o Daniel J. Birsic, Esq.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Dave Cedzo
177 Brose Road
Cabot, PA 16023

Internal Revenue Service
Insolvency Operation
Room 711B
1000 Liberty Avenue
Pittsburgh, PA 15222

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jim Reimer
134 Winfield Road
Sarver, PA 16055

Justin Monrean
2526 Pumptown Road
Fairmount City, PA 16224

Kassie Reichard
1241 Martin Road
Kittanning, PA 16201

Kohls
P.O. Box 2983
Milwaukee, WI 53201-2983

Kristina Dulashaw
284 Fairview Lane
Derry, PA 15627

Mary Deliman
1680 Banning Drive
Dawson, PA 15428

PA Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0946

Paul Pillart
115 Bessemer Street
Tarentum, PA 15084

PNC Bank, National Association
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

PNC Mortgage
PO Box 6534
NY 11083-1000

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Rachel Acken
260 McGrady Hill Road
Butler, PA 16002

Saxonburg Agway
145 N. Butler Street
Saxonburg, PA 16056

Sears
P.O. Box 6286
Sioux Falls, SD 57117-6286

Sportsmen Guide Card
P.O. Box 659569
San Antonio, TX 78255-9569

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Matthew R. Schimizzi**
**For Kristina Dulashaw**
mrs@schimizzilaw.com

**Joshua I. Goldman**
**PNC Mortgage**
jgoldman@kmllawgroup.com

**James Warmbrodt**
**PNC Mortgage**
bkgroup@kmllawgroup.com

Executed on: September 12, 2018

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net