UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/5/18 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
SANDRA SUE CLARK

Debtor(s)

Ronda J. Winnecour, Trustee
Movant
vs.
SANDRA SUE CLARK

Respondent(s)

Case No. 16-21470JAD
Chapter 13

Related to Document No. __60__

## ORDER

AND NOW, this __5th__ day of __November__, 20__18__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion is Withdrawn per Confirmation of
Plan Order entered 11/5/2018.

_____
JEFFERY A. DELLER    jah
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sandra Sue Clark  
    Debtor

Case No. 16-21470-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 2     Date Rcvd: Nov 05, 2018  
                      Form ID: pdf900     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.

```
db              +Sandra Sue Clark,    136 Elsie Lane,    Kittanning, PA 16201-4708
14215347        +Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215348        +Barry Gresh,    P.O. Box 427,    Revloc, PA 15948-0427
14272571         Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14215350         Chase,    P.O. Box 15123,    Wilmington, DE 19886-5123
14215351        +Citizens Bank,    P.O. Box 42010,    Providence, RI 02940-2010
14215352         Citizens Bank of Pennsylvania,    c/o Daniel J. Birsic, Esq.,    One Gateway Center,
                  Ninth Floor,    Pittsburgh, PA 15222
14215353        +Dave Cedzo,    177 Brose Road,    Cabot, PA 16023-9746
14215356        +Jim Reimer,    134 Winfield Road,    Sarver, PA 16055-8507
14215357        +Justin Monrean,    2526 Pumptown Road,    Fairmount City, PA 16224-3306
14215358        +Kassie Reichard,    1241 Martin Road,    Kittanning, PA 16201-9031
14215360        +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215361        +Mary Deliman,    1680 Banning Drive,    Dawson, PA 15428-1024
14278482        +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
14215363        +Paul Pillart,    115 Bessemer Street,    Tarentum, PA 15084-8549
14215365        +Rachel Acken,    260 McGrady Hill Road,    Butler, PA 16002-9304
14231254        +Saxonburg Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215366         Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
14215367        +Sportsmen Guide Card,    P.O. Box 659569,    San Antonio, TX 78265-9569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14215349         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 02:58:37      Capital One Bank,
                  P.O. Box 5155,    Norcross, GA 30091
14240118         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 02:58:20
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14215354         E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 02:56:38      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14215359         E-mail/Text: bnckohlsnotices@becket-lee.com Nov 06 2018 02:56:36      Kohls,    P.O. Box 2983,
                  Milwaukee, WI 53201-2983
14215362         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2018 02:57:03      PA Dept. of Revenue,
                  Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
14278193         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 02:58:21
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14243439         E-mail/Text: bnc-quantum@quantum3group.com Nov 06 2018 02:56:53
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr               PNC Mortgage, A Division of PNC Bank, National Ass
14215364         PNC Mortgage,    PO Box 6534,    NY 11083-1000
aty*            +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215355*       +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Avenue,
                  Pittsburgh, PA 15222-4107
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2                  User: jhel                    Page 2 of 2                  Date Rcvd: Nov 05, 2018
                                      Form ID: pdf900               Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
         Dai   Rosenblum    on behalf of Plaintiff Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
          pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         Dai   Rosenblum    on behalf of Debtor Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
          pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         James   Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
          Association bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
          Association bkgroup@kmllawgroup.com
         Matthew R. Schimizzi    on behalf of Attorney Kristina   Dulashaw mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                     TOTAL: 7