**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| SANDRA SUE CLARK, | ) Bankruptcy No.: 16-21470-JAD |
| | ) |
| Debtor. | ) Chapter: 13 |
| | ) |
| SANDRA SUE CLARK, | ) |
| | ) Hearing Date: 04/17/2019 |
| Movant, | ) |
| | ) Hearing Time: 11:00 AM |
| v. | ) |
| | ) Response Deadline: 04/08/2019 |
| PNC BANK, N.A., | ) |
| | ) Related to Document No.: 74 |
| Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF DEBTOR TO SELL PROPERTY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than April 8, 2019, (*i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on April 17, 2019, at 11:00 a.m. before Judge Jeffery A. Deller in Court Room D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: March 21, 2019

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtor
Suite B, 254 New Castle Road
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com