# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| SANDRA SUE CLARK, | ) Bankruptcy No.: 16-21470-JAD |
| | ) |
| Debtor. | ) Chapter: 13 |
| | ) |
| SANDRA SUE CLARK, | ) |
| | ) Related to Document No.: 71 |
| Movant. | ) |
| | ) Hearing Date: 04/03/2019 |
| v. | ) |
| | ) Hearing Time: 10:00 AM |
| NO RESPONDENT. | ) |
| | ) Response Deadline: 03/25/2019 |
| RONDA J. WINNECOUR, Trustee. | ) |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION
## FOR APPROVAL TO EMPLOY REALTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval to Employ Realtor filed on March 8, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval to Employ Realtor appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Approval to Employ Realtor were to be filed and served no later than March 25, 2019.

It is hereby respectfully requested that the Order attached to the Motion for Approval to Employ Realtor be entered by the Court.

March 26, 2019

/s/ Dai Rosenblum  
Dai Rosenblum, for the Debtor  
254 New Castle Road, Suite B  
Butler, PA  16001-2529  
(724) 283-2900 PA ID No. 31802  
dai@dairosenblumbankruptcy.com