## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| SANDRA SUE CLARK, | ) Bankruptcy No.: 16-21470-JAD |
| | ) |
| Debtor. | ) Chapter: 13 |
| | ) |
| SANDRA SUE CLARK, | )   Related to |
| | ) Document No.: 71 |
| Movant. | ) |
| | ) Hearing Date: 04/03/2019 |
| v. | ) |
| | ) Hearing Time: 10:00 AM |
| NO RESPONDENT. | ) |
| | ) Response Deadline: 03/25/2019 |
| RONDA J. WINNECOUR, Trustee. | ) |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

AND NOW, this ___28th___ day of _____March_____, 20_19_, upon consideration of the MOTION FOR APPROVAL TO EMPLOY REALTOR, it is ORDERED, ADJUDGED and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. Michelle Miller, of Howard Hanna Real Estate, 451 Hyde Park Road, Leechburg, Pennsylvania 15656 is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Motion for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at 136 Elsie Lane, Kittanning, Pennsylvania 16201. A realtor commission in the amount of 6% plus $345.00, on the sale price, is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well

including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4.    Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5.    Applicant shall serve the within Order on all interested parties and file a certificate of service.

Judge Jeffery A. Deller
United States Bankruptcy Court

FILED
3/28/19 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-21470-JAD
Sandra Sue Clark                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1          Date Rcvd: Mar 28, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db             +Sandra Sue Clark,     2250 Moody Ridge Road,     Vincent, OH 45784-5185
r              +Michelle Miller,   Howard Hanna Real Estate,    451 Hyde Park Blvd.,    Leechburg, PA 15656-9417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Dai  Rosenblum    on behalf of Plaintiff Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
              pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai  Rosenblum    on behalf of Debtor Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
              pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James  Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
              Association bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
              Association bkgroup@kmllawgroup.com
              Matthew R. Schimizzi    on behalf of Attorney Kristina  Dulashaw mrs@schimizzilaw.com,
              G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 7