**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| SANDRA SUE CLARK, | ) Bankruptcy No.: 16-21470-JAD |
| | ) |
| Debtor. | ) Chapter: 13 |
| | ) |
| SANDRA SUE CLARK, | ) |
| | ) Hearing Date: 04/17/2019 |
| Movant, | ) |
| | ) Hearing Time: 11:00 AM |
| v. | ) |
| | ) Response Deadline: 04/08/2019 |
| PNC BANK, N.A., | ) |
| | ) Related to Document No.: 74 |
| Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Sell Property filed on March 21, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Sell Property appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Sell Property were to be filed and served no later than April 8, 2019.

It is hereby respectfully requested that the Order attached to the Motion to Sell Property be entered by the Court.

April 10, 2019

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtor
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com