IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| SANDRA SUE CLARK, | : | Bankruptcy No. 16-21470JAD |
| Debtor(s). | : | Chapter 13 |
| | : | Doc. # 83 |
| SANDRA SUE CLARK, | : | |
| Movant(s), | : | |
| vs. | : | Related To Doc. # 74 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Respondent(s). | : | |

## ORDER

AND NOW, this **15th** day of **April**, **2019**, it appears to the Court that the movant has filed at Doc. #83 a *Withdrawal of Motion To Sell Property* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 74 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #74 - *Motion To Sell Property* for April 17, 2019, at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 is hereby CANCELLED.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
   Parties In Interest

FILED
4/15/19 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00025467

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Sandra Sue Clark
    Debtor

Case No. 16-21470-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Apr 15, 2019
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
db            +Sandra Sue Clark,    2250 Moody Ridge Road,    Vincent, OH 45784-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
           Dai  Rosenblum    on behalf of Plaintiff Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
            pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
           Dai  Rosenblum    on behalf of Debtor Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
            pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
           James  Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
            Association bkgroup@kmllawgroup.com
           Joshua I. Goldman    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
            Association bkgroup@kmllawgroup.com
           Matthew R. Schimizzi    on behalf of Attorney Kristina  Dulashaw mrs@schimizzilaw.com,
            G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 7