Case 16-21470-JAD    Doc 93    Filed 05/24/19    Entered 05/24/19 15:28:24    Desc Main
Document    Page 1 of 3

| American Land Title Association | | ALTA Settlement Statement - Seller |
| --- | --- | --- |
| | | Adopted 05-01-2015 |

**File No./Escrow No.:**
  Shaffer, Elaine
**Print Date & Time:**
  5/23/2019 6:31:38 AM
**Officer/Escrow Officer:**
  Allegheny Valley Settlements, LLC
**Settlement Location:**
  Allegheny Valley Settlements, LLC, 2125 Freeport Road , Natrona Heights, PA 15065

**Allegheny Valley Settlements, LLC**
**2125 Freeport Road**
**Natrona Heights, PA 15065**

**Property Address:**   136 Elsie Lane, Kittanning, PA, 16201-4708
**Buyer(s):**           Elaine R. Shaffer, Clayton H. Shaffer
**Seller(s):**          Gary A. Clark, Sandra S. Clark
**Lender:**             Plaza Home Mortgage, Inc.
**Loan No.:**           2019040205
**Settlement Date:**    06/13/2019
**Disbursement Date:**  06/13/2019

| Description | Seller | |
| --- | --- | --- |
| | **Debit** | **Credit** |
| **Financial** | | |
| Sales Price | | 160,000.00 |
| Deposit | | |
| Loan Amount to Plaza Home Mortgage, Inc. | | |
| | | |
| **Prorations/Adjustments** | | |
| City/Town Taxes 06/13/19 to 12/31/19 | | 119.21 |
| County Taxes 06/13/19 to 12/31/19 | | 461.78 |
| School Taxes 06/13/19 to 06/30/19 | | 107.21 |
| water/sewer escrow | 200.00 | |
| | | |
| **Title Charges & Escrow/Settlement** | | |
| Title - Document Preparation Fee to Jacques & Jacques, P.C. | | |
| Title - Settlement Fee to Jacques & Jacques, P.C. | 175.00 | |
| Title - Wire Fee to Jacques & Jacques, P.C. | | |
| Title - Closing Services Letter to First American Title | | |
| Title - Lender Policy Endorsements to First American Title | | |
| Title - Lender Title Insurance to First American Title | | |
| Title - Owner's Title Insurance (Optional) to First American Title | | |
| | | |
| **Commission** | | |
| Real Estate Commission Buyers Broker to Allegheny Real Estate | 4,800.00 | |
| Real Estate Commission Sellers Broker to Howard Hanna Kiski Valley | 4,800.00 | |
| Seller Broker Fee to Howard Hanna Kiski Valley | 325.00 | |

**This is a summary of the closing transaction prepared by Allegheny Valley Settlements, LLC. This document is not intended to replace the "Closing Disclosure" form.**

Copyright 2015 American Land Title Association.
All rights reserved.

Page 1 of 3

Shaffer, Elaine
5/23/2019 6:31:38 AM

|  | Seller | |
|---|---|---|
| **Description** | **Debit** | **Credit** |
| Seller Marketing Fee to Howard Hanna Kiski Valley | 400.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fees: Deed | | |
| Recording Fees: Mortgage | | |
| Conveyance Deed - School District Transfer Tax to Armstrong County Recorder of Deeds | 400.00 | |
| Conveyance Deed - Town Transfer Tax to Armstrong County Recorder of Deeds | 400.00 | |
| Conveyance Deed - PA State Transfer Tax to Armstrong County Recorder of Deeds | 800.00 | |
| | | |
| **Miscellaneous** | | |
| Title - Additional Search Fee to First American Title | | |
| Lien Letter reimbursement to Jacques & Jacques, P.C. | 250.00 | |
| Preparation of Deed to Jacques & Jacques, P.C. | 175.00 | |
| Water/ Sewage Bill to Kittanning Suburban Joint Water Authority | 339.30 | |
| 2019 County Taxes to Lisa Bauer, Tax Collector | 855.67 | |
| 2019 Township Taxes to Lisa Bauer, Tax Collector | 220.90 | |
| Delinquent Taxes to Armstrong County Tax Claim | 4,009.11 | |
| | | |
| **Subtotals** | | |
| | | |
| Due To Seller | 142,538.22 | |
| | | |
| **Totals** | 160,688.20 | 160,688.20 |

**This is a summary of the closing transaction prepared by Allegheny Valley Settlements, LLC.  This document is not intended to replace the "Closing Disclosure" form.**

Copyright 2015 American Land Title Association.
All rights reserved.

Shaffer, Elaine
5/23/2019 6:31:38 AM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement.  We/I authorize Allegheny Valley Settlements, LLC to cause the funds to be disbursed in accordance with this statement.

**SELLER(S)**

_____
Gary A. Clark


_____
Sandra S. Clark

_____
Escrow Officer: Allegheny Valley Settlements, LLC

**This is a summary of the closing transaction prepared by Allegheny Valley Settlements, LLC.  This document is not intended to replace the "Closing Disclosure" form.**

Copyright 2015 American Land Title Association.
All rights reserved.

Shaffer, Elaine
5/23/2019 6:31:38 AM