# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | SANDRA SUE CLARK |
| Case Number: | 16-21470-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, MAY 29, 2019 10:00 AM    COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

## Matter:

Motion For Approval To Sell Real Property filed by Debtor
- Response Filed 5/17/2019 by Ronda J. WInnecour, Chapter 13 Trustee @ Doc. #91 [Due 5/20/2019]
- Revised Proposed Order filed by Debtor 5/24/2019 @ Doc. #92
- Exhibit B filed 5/24/2019 @ Doc. #93
R / M #:  87 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Dai Rosenblum, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
  _____ For At Least _____ Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at
  _____
  _____ To Conciliation Conference For _____ at
  _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order - NONJURY / JURY
  _____ Simple / Pretrial Order - NONJURY / JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓ OTHER: Proposed order due w/ 7 days.

FILED
5/29/19 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge