**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    SANDRA SUE CLARK

        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
        Movant
      vs.
No Respondents.

Case No.:16-21470 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 24, 2019

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/18/2016  and confirmed on 5/31/16 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 212,108.86 |
| Less Refunds to Debtor | | 16,557.19 | |
| TOTAL AMOUNT OF PLAN FUND | | | 195,551.67 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,337.75 | |
| Trustee Fee | 7,015.80 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,353.55 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 9,548.46 | 9,548.46 | 499.69 | 10,048.15 |
| Acct: 0764 | | | | |
| PNC BANK NA | 139.40 | 139.40 | 0.00 | 139.40 |
| Acct: 0764 | | | | |
| | | | | 10,187.55 |
| **Priority** | | | | |
| DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANDRA SUE CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANDRA SUE CLARK | 16,557.19 | 16,557.19 | 0.00 | 0.00 |
| Acct: | | | | |
| DAI ROSENBLUM ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAI ROSENBLUM ESQ | 1,337.75 | 1,337.75 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-16 | | | | |
| INTERNAL REVENUE SERVICE* | 93,897.00 | 93,897.00 | 0.00 | 93,897.00 |
| Acct: 0836 | | | | |
| PA DEPARTMENT OF REVENUE* | 5,290.27 | 5,290.27 | 0.00 | 5,290.27 |
| Acct: 1080 | | | | |
| PNC BANK NA | 6,641.20 | 6,641.20 | 0.00 | 6,641.20 |
| Acct: 0764 | | | | |
| | | | | 105,828.47 |
| **Unsecured** | | | | |
| KRISTINA DULASHAW | 14,000.00 | 14,000.00 | 0.00 | 14,000.00 |
| Acct: | | | | |
| SAXONBURG AGWAY | 11,738.90 | 11,738.90 | 0.00 | 11,738.90 |
| Acct: | | | | |
| BARRY GRESH | 5,408.00 | 5,408.00 | 0.00 | 5,408.00 |
| Acct: NONE | | | | |
| CAPITAL ONE BANK NA** | 996.44 | 996.44 | 0.00 | 996.44 |
| Acct: 6442 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |

16-21470 JAD

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4679 | | | | |
| CITIZENS BANK (CARD SVCS)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4595 | | | | |
| DAVE CEDZO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JIM REIMER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN MONREAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KASSIE REICHARD | 26,400.00 | 26,400.00 | 0.00 | 26,400.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 134.67 | 134.67 | 0.00 | 134.67 |
| Acct: 1663 | | | | |
| MARY DEILIMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL T PILLART | 890.00 | 890.00 | 0.00 | 890.00 |
| Acct: 0635 | | | | |
| RACHEL ACKEN | 1,308.00 | 1,308.00 | 0.00 | 1,308.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, L | 2,590.22 | 2,590.22 | 0.00 | 2,590.22 |
| Acct: 2703 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 4,715.87 | 4,715.87 | 0.00 | 4,715.87 |
| Acct: 5042 | | | | |
| DANIEL J BIRSIC ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 68,182.10 |

TOTAL PAID TO CREDITORS                                          184,198.12

| TOTAL | |
|---|---|
| CLAIMED | 105,828.47 |
| PRIORITY | 9,687.86 |
| SECURED | 68,182.10 |

Date: 10/24/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    SANDRA SUE CLARK

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-21470 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                BY THE COURT:


                _____
                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21470-JAD
Sandra Sue Clark                                                          Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: agro              Page 1 of 2          Date Rcvd: Oct 24, 2019
                           Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
```
db         +Sandra Sue Clark,    2250 Moody Ridge Road,    Vincent, OH 45784-5185
r          +Michelle Miller,    Howard Hanna Real Estate,    451 Hyde Park Blvd.,    Leechburg, PA 15656-9417
14215347   +Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215348   +Barry Gresh,    P.O. Box 427,    Revloc, PA 15948-0427
14272571    Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14215350    Chase,    P.O. Box 15123,    Wilmington, DE 19886-5123
14215351   +Citizens Bank,    P.O. Box 42010,    Providence, RI 02940-2010
14215352    Citizens Bank of Pennsylvania,    c/o Daniel J. Birsic, Esq.,    One Gateway Center,
             Ninth Floor,    Pittsburgh, PA 15222
14215353   +Dave Cedzo,    177 Brose Road,    Cabot, PA 16023-9746
14215356   +Jim Reimer,    134 Winfield Road,    Sarver, PA 16055-8507
14215357   +Justin Monrean,    2526 Pumptown Road,    Fairmount City, PA 16224-3306
14215358   +Kassie Reichard,    1241 Martin Road,    Kittanning, PA 16201-9031
14215360   +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215361   +Mary Deliman,    1680 Banning Drive,    Dawson, PA 15428-1024
14278482   +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
14215363   +Paul Pillart,    115 Bessemer Street,    Tarentum, PA 15084-8549
14215365   +Rachel Acken,    260 McGrady Hill Road,    Butler, PA 16002-9304
14231254   +Saxonburg Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215366    Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
14215367   +Sportsmen Guide Card,    P.O. Box 659569,    San Antonio, TX 78265-9569
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14215349    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 03:15:41    Capital One Bank,
             P.O. Box 5155,    Norcross, GA 30091
14240118    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2019 03:14:49
             Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14215354    E-mail/Text: cio.bncmail@irs.gov Oct 25 2019 03:07:52    Internal Revenue Service,
             Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14215359    E-mail/Text: bncnotices@becket-lee.com Oct 25 2019 03:07:48    Kohls,    P.O. Box 2983,
             Milwaukee, WI 53201-2983
14215362    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2019 03:08:11    PA Dept. of Revenue,
             Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
14278193    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2019 03:15:46
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14243439    E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2019 03:08:05
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                TOTAL: 7
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          PNC Mortgage, A Division of PNC Bank, National Ass
14215364    PNC Mortgage,    PO Box 6534,    NY 11083-1000
aty*       +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215355*  +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Avenue,
             Pittsburgh, PA 15222-4107
                                                                TOTALS: 2, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) is furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-2          User: agro                Page 2 of 2            Date Rcvd: Oct 24, 2019
                             Form ID: pdf900            Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
          Dai  Rosenblum    on behalf of Plaintiff Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          Dai  Rosenblum    on behalf of Debtor Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James  Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Matthew R. Schimizzi    on behalf of Attorney Kristina  Dulashaw mrs@schimizzilaw.com,
           G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 7