**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Sandra Sue Clark**
Debtor(s)

Bankruptcy Case No.: 16–21470–JAD

Chapter: 13
Docket No.: 102 – 101

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 25th of October, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/2/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **12/11/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/2/19.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21470-JAD
Sandra Sue Clark                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: jfur            Page 1 of 2              Date Rcvd: Oct 25, 2019
                            Form ID: 408          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.
```
db           +Sandra Sue Clark,    2250 Moody Ridge Road,    Vincent, OH 45784-5185
r            +Michelle Miller,    Howard Hanna Real Estate,    451 Hyde Park Blvd.,   Leechburg, PA 15656-9417
14215347     +Agway,   145 N. Butler Street,    Saxonburg, PA 16056-9545
14215348     +Barry Gresh,    P.O. Box 427,   Revloc, PA 15948-0427
14272571      Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14215350      Chase,   P.O. Box 15123,    Wilmington, DE 19886-5123
14215351     +Citizens Bank,    P.O. Box 42010,    Providence, RI 02940-2010
14215352      Citizens Bank of Pennsylvania,    c/o Daniel J. Birsic, Esq.,    One Gateway Center,
               Ninth Floor,   Pittsburgh, PA 15222
14215353     +Dave Cedzo,    177 Brose Road,   Cabot, PA 16023-9746
14215356     +Jim Reimer,    134 Winfield Road,    Sarver, PA 16055-8507
14215357     +Justin Monrean,    2526 Pumptown Road,    Fairmount City, PA 16224-3306
14215358     +Kassie Reichard,    1241 Martin Road,    Kittanning, PA 16201-9031
14215360     +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215361     +Mary Deliman,    1680 Banning Drive,    Dawson, PA 15428-1024
14278482     +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
14215363     +Paul Pillart,    115 Bessemer Street,    Tarentum, PA 15084-8549
14215365     +Rachel Acken,    260 McGrady Hill Road,    Butler, PA 16002-9304
14231254     +Saxonburg Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215366      Sears,   P.O. Box 6286,    Sioux Falls, SD 57117-6286
14215367     +Sportsmen Guide Card,    P.O. Box 659569,    San Antonio, TX 78265-9569
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14215349        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:35:22     Capital One Bank,
                 P.O. Box 5155,   Norcross, GA 30091
14240118        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2019 03:33:55
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14215354        E-mail/Text: cio.bncmail@irs.gov Oct 26 2019 03:25:49      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
14215359        E-mail/Text: bncnotices@becket-lee.com Oct 26 2019 03:25:43     Kohls,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
14215362        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2019 03:26:23     PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,   Harrisburg, PA 17128-0946
14278193        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2019 03:32:58
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14243439        E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2019 03:26:11
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, A Division of PNC Bank, National Ass
14215364        PNC Mortgage,   PO Box 6534,   NY 11083-1000
aty*           +Kristina Dulashaw,    284 Fairview Lane,   Derry, PA 15627-3610
14215355*      +Internal Revenue Service,    Insolvency Operation,   Room 711B,   1000 Liberty Avenue,
                 Pittsburgh, PA 15222-4107
                                                                                  TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: jfur              Page 2 of 2             Date Rcvd: Oct 25, 2019
                               Form ID: 408            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:

              Dai   Rosenblum    on behalf of Plaintiff Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai   Rosenblum    on behalf of Debtor Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James   Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Matthew R. Schimizzi     on behalf of Attorney Kristina  Dulashaw mrs@schimizzilaw.com,
               G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7