# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    SANDRA SUE CLARK

        Debtor(s)

  Ronda J. Winnecour
        Movant
       vs.
  No Repondents.

Case No.:16-21470 JAD

Chapter 13

Document No.: 101

FILED
12/4/19 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this __4th__ day of __December__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sandra Sue Clark  
    Debtor

Case No. 16-21470-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2     Date Rcvd: Dec 04, 2019  
                   Form ID: pdf900     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.

```
db              +Sandra Sue Clark,    2250 Moody Ridge Road,    Vincent, OH 45784-5185
r               +Michelle Miller,    Howard Hanna Real Estate,    451 Hyde Park Blvd.,    Leechburg, PA 15656-9417
14215347        +Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215348        +Barry Gresh,    P.O. Box 427,    Revloc, PA 15948-0427
14272571         Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14215350         Chase,    P.O. Box 15123,    Wilmington, DE 19886-5123
14215351        +Citizens Bank,    P.O. Box 42010,    Providence, RI 02940-2010
14215352         Citizens Bank of Pennsylvania,    c/o Daniel J. Birsic, Esq.,    One Gateway Center,
                  Ninth Floor,    Pittsburgh, PA 15222
14215353        +Dave Cedzo,    177 Brose Road,    Cabot, PA 16023-9746
14215356        +Jim Reimer,    134 Winfield Road,    Sarver, PA 16055-8507
14215357        +Justin Monrean,    2526 Pumptown Road,    Fairmount City, PA 16224-3306
14215358        +Kassie Reichard,    1241 Martin Road,    Kittanning, PA 16201-9031
14215360        +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215361        +Mary Deliman,    1680 Banning Drive,    Dawson, PA 15428-1024
14278482        +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
14215363        +Paul Pillart,    115 Bessemer Street,    Tarentum, PA 15084-8549
14215365        +Rachel Acken,    260 McGrady Hill Road,    Butler, PA 16002-9304
14231254        +Saxonburg Agway,    145 N. Butler Street,    Saxonburg, PA 16056-9545
14215366         Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
14215367        +Sportsmen Guide Card,    P.O. Box 659569,    San Antonio, TX 78265-9569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14215349         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:55:45      Capital One Bank,
                  P.O. Box 5155,    Norcross, GA 30091
14240118         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2019 02:56:36
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14215354         E-mail/Text: cio.bncmail@irs.gov Dec 05 2019 02:53:44      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14215359         E-mail/Text: bncnotices@becket-lee.com Dec 05 2019 02:53:41      Kohls,    P.O. Box 2983,
                  Milwaukee, WI 53201-2983
14215362         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 05 2019 02:54:10      PA Dept. of Revenue,
                  Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
14278193         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2019 02:56:11
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14243439         E-mail/Text: bnc-quantum@quantum3group.com Dec 05 2019 02:53:54
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 7
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Mortgage, A Division of PNC Bank, National Ass
14215364         PNC Mortgage,    PO Box 6534,    NY 11083-1000
aty*            +Kristina Dulashaw,    284 Fairview Lane,    Derry, PA 15627-3610
14215355*       +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Avenue,
                  Pittsburgh, PA 15222-4107
                                                                                               TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: mgut              Page 2 of 2              Date Rcvd: Dec 04, 2019
                               Form ID: pdf900         Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2019 at the address(es) listed below:

         Dai   Rosenblum    on behalf of Plaintiff Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
          pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         Dai   Rosenblum    on behalf of Debtor Sandra Sue Clark Jody@dairosenblumbankruptcy.com,
          pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
         James   Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
          Association bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
          Association bkgroup@kmllawgroup.com
         Matthew R. Schimizzi     on behalf of Attorney Kristina   Dulashaw mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                       TOTAL: 7